IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMIH H ZABADI,

    Petitioner,

  v.

MICHAEL CHERTOFF, et al.,

    Respondents.

_____

SAMIH H ZABADI,

    Petitioner,

  v.

MICHAEL CHERTOFF, et al.,

    Respondents.

_____/

No. 05-01796 WHA

No. 05-03335 CW

JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES

    Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to District Judge William A. Alsup to consider whether these cases are related. Parties shall file any response in opposition to or support of relating the cases within two days of the date of this referral.

Dated: 9/29/05

CLAUDIA WILKEN
United States District Judge