IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIH HUSSEIN ZABADI,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General; NANCY ALCANTAR, Field Office Director, San Francisco office, Bureau of Immigration and Customs Enforcement,<br><br>Respondents. | No. C 05-01796 WHA<br><br>**ORDER RE WITHDRAWAL OF MOTION** |

The parties have informed the Court that they reached an agreement that includes the withdrawal of the motion for attorneys' fees. Petitioner Samih Hussein Zabadi has until **11 A.M., THURSDAY, MAY 18, 2006, TO WITHDRAW THE MOTION**. If that is not done by then, an order on the motion may issue.

**IT IS SO ORDERED.**

Dated: May 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE