| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

9   UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA

11   SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | SAMIH HUSSEIN ZABADI, | ) |
| 13 | Petitioner, | ) No. C 05-1796-WHA<br>) |
| 14 | v. | ) STIPULATION AND [PROPOSED] ORDER<br>) APPROVING COMPROMISE SETTLEMENT |
| 15 | MICHAEL CHERTOFF, in his Official | ) OF ATTORNEY FEES AND COSTS |
| 16 | Capacity, Department of Homeland<br>Security; ALBERTO GONZALES, in his | ) PURSUANT TO THE EQUAL ACCESS TO<br>) JUSTICE ACT |
| 17 | Official Capacity, Attorney General,<br>Department of Justice; and NANCY | ) |
| 18 | ALCANTAR, Field Office Director, San<br>Francisco, CA, U.S. Bureau of | ) |
| 19 | Immigration and Customs Enforcement, | ) |
| 20 | Respondents. | ) |

21   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

22   subject to approval by the Court, the following:

23   1. The respondents shall pay the sum of Thirty Thousand Dollars and no cents ($30,000) in

24   settlement of the petitioner's motion for attorney's fees and costs under the Equal Access to

25   Justice Act ("EAJA") filed in *Zabadi v. Chertoff*, C-05-1796-WHA, and in settlement of any

26   motion for attorney's fees and costs the petitioner could bring in *Zabadi v. Chertoff*, C-05-3335-

27   WHA.  The check is to be payable to Petitioner's counsel:

28

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT
C 05-1796-WHA                                                    1

Marc Van Der Hout
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, CA 94104
Tel: 981-3000; Fax: 981-3003

2. This is a settlement of petitioner's request for attorney fees and costs in this case, as well as any request for attorney's fees and costs the petitioner could file in *Zabadi v. Chertoff*, C-05-3335-WHA. It does not constitute an admission of liability or fault on the part of the respondents or a concession as to the propriety and amount of fees and costs. This agreement is entered into by the parties for the purpose of compromising the request for fees and costs and avoiding the expense and risk of further litigation.

3. The payment of $30,000 will constitute a full and complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to *Zabadi v. Chertoff*, C-05-1796-WHA or *Zabadi v. Chertoff*, C-05-3335-WHA.

4. The payment may take sixty days or more to process, but the respondents agree to make good faith efforts to expeditiously process said payment.

5. Within 14 days of receipt of payment, the petitioner will withdraw the motion for attorney's fees and costs.

6. The Court retains jurisdiction to enforce the terms of this settlement agreement. until Dec. 31, 2006.

7. The parties shall appear before the Court for a status conference on payment at 11. A.M., Thursday, June 15, 2006.

Dated: May 16, 2006         /s/
                            MARC VAN DER HOUT
                            Van Der Hout, Brigagliano and Nightingale
                            Attorney for Petitioner


                            KEVIN V. RYAN
                            United States Attorney


Dated: May 16, 2006         /s/
                            EDWARD A. OLSEN
                            Assistant United States Attorney

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT
C 05-1796-WHA                                2

1

**ORDER**

2

3
PURSUANT TO STIPULATION, IT IS SO ORDERED:

4

5
Dated: __May 18, 2006_____       _____
WILLIAM ALSUP
United States District Judge



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28